**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6483**

GERALD J. RICE,

                                    Plaintiff - Appellant,

        versus

SERGEANT ALSTON; NURSE LLOYD; THOMAS CORCORAN,
Warden,

                                    Defendants - Appellees,

        and

JOHN DOE; JANE DOE; OTHER UNKNOWN DEFENDANTS,

                                    Defendants.


Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
02-1823-8-DKC)


Submitted:  May 19, 2003              Decided:  June 2, 2003


Before MICHAEL, MOTZ, and KING, Circuit Judges.


Affirmed by unpublished per curiam opinion.

Gerald J. Rice, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland; Donald Joseph Crawford, ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald J. Rice appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rice v. Alston, No. CA-02-1823-8-DKC (D. Md. filed Feb. 20, 2003 & entered Feb. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED